

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0460

FILED

03/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0460

IN RE THE MARRIAGE OF:

DAVINA ATTAR-WILLIAMS,

Petitioner and Appellant,

and

STEVEN THOMAS WILLIAMS,

Respondent and Appellee.

FILED

MAR 2 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner and Appellant Davina Attar-Williams has moved for a stay of this appeal pending the resolution of her request to disqualify Hon. Donald L. Harris, who presided over the underlying matter in the Thirteenth Judicial District Court, Yellowstone County, Cause No. DR-19-0893. Respondent and Appellee Steven Thomas Williams objects to Attar-Williams's motion.

This Court has denied Attar-Williams's request to disqualify Judge Harris. As such, the grounds for her motion to stay this appeal are moot.

Therefore,

IT IS ORDERED that Petitioner and Appellant Davina Attar-Williams motion to stay this appeal is DENIED as MOOT.

IT IS FURTHER ORDERED that Petitioner and Appellant Davina Attar-Williams shall prepare, file, and serve the opening brief on appeal no later than April 22, 2021. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this order to Attar-Williams personally and to all counsel of record.

DATED this 23rd day of March, 2021.

_____
Chief Justice